IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**WENDY JEAN COLEMAN**     **PLAINTIFF**

v.     No. 3:20-CV-244-NBB-RP

**COMMISSIONER OF SOCIAL SECURITY**     **DEFENDANT**

## JUDGMENT

On consideration of the file and record in this action, the court finds that the report and recommendation of the United States Magistrate Judge dated July 1, 2021, was on that date served via electronic mail through the court's CM/ECF system upon counsel of record. The date for objections has elapsed and no objection has been filed by the parties. As such, the court is of the opinion that such report and recommendation [Docket 26] should be approved and is therefore adopted as the opinion of the court.

**SO ORDERED**, this the 23rd day of August, 2021.

/s/ Neal Biggers
NEAL B. BIGGERS, JR.
UNITED STATES DISTRICT JUDGE